# ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 0 4 2011

JAMES N. HATTEN, Clerk
By: _____
                    Deputy Clerk

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| CBEYOND COMMUNICATIONS, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. |
| | ) | |
| MCI COMMUNICATIONS | ) | **1:11-CV-0693** |
| SERVICES, INC. d/b/a | ) | |
| VERIZON BUSINESS | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF CBEYOND COMMUNICATIONS LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to the Local Rule 3.3, Plaintiff Cbeyond Communications LLC

("Cbeyond") hereby submits this Certificate of Interested Persons and Corporate

Disclosure Statement:

1.      The undersigned counsel of record certifies that the following is a full

and complete list of all parties in this action, including any parent corporation and

any publicly held corporation that owns 10% or more of the stock of a party:

(a)     Cbeyond Communications LLC (Plaintiff);

(b)     Cbeyond, Inc.  (Cbeyond Communications LLC is a direct and

          wholly owned subsidiary of Cbeyond, Inc., a publicly traded

company);

    (c)    MCI Communications Services, Inc. (Defendant).

The undersigned provides responsive information only with respect to Cbeyond and does not purport to provide information regarding the corporate structure or parentage of any other party.

    2.    The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest that could be substantially affected by the outcome of this particular case:  At this time, Cbeyond is unaware of any such persons or entities other than those listed above.  Again, the undersigned provides responsive information only with respect to Cbeyond and does not purport to provide responsive information with respect to any other party.

    3.    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    (a)    Plaintiff Cbeyond is represented by Joseph W. Ozmer, David M. Pernini and Nathan Chapman of Wargo & French LLP;

    (b)    Defendant MCI Communications Services, Inc. has not yet appeared in this action and Cbeyond is therefore unable to provide information regarding that party.

Respectfully submitted this 4th day of March, 2011.

WARGO & FRENCH LLP

WARGO & FRENCH LLP
Joseph W. Ozmer II
Ga. Bar No. 001542
David M. Pernini
Ga. Bar No. 572399
Nathan D. Chapman
Ga. Bar No. 244954
1170 Peachtree St. NE
Atlanta, GA  30309
Phone:  404-853-1500
Fax:  404-853-1501

Attorneys for Plaintiff Cbeyond

3