IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Cbeyond Communications, LLC,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | Civil Action No. |
| v.   ) | 1:11-CV-0693-TCB |
| ) | |
| MCI Communications Services Inc.,   ) | |
| d/b/a Verizon Business   ) | |
| ) | |
| Defendant.   ) | |

**DEFENDANT MCI COMMUNICATIONS SERVICES INC.'S
CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Defendant MCI Communications Services Inc., d/b/a Verizon Business Services ("Verizon Business"), pursuant to FED. R. CIV. P. 7.1 and L.R. 3.3, NDGa., respectfully submits this, its Certificate of Interested Persons and Corporate Disclosure Statement, stating as follows:

(1)   The undersigned counsel of record for Verizon Business certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

2822187v1

   a) Plaintiff Cbeyond Communications, LLC;

   b) Defendant MCI Communications Services Inc., d/b/a Verizon Business Services;

   c) Verizon Business Network Services, Inc.;

   d) MCI Communications Corporation;

   e) Verizon Business Global, LLC; and

   f) Verizon Communications Inc. (a publicly held corporation).

(2)   The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

   a) None.

(3)   The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

For Plaintiff:

   a) Joseph W. Ozmer II (Wargo & French LLP);

   b) David M. Pernini (Wargo & French LLP); and

   c) Nathan D. Chapman (Wargo & French LLP).

For Defendant:

a) Darryl S. Laddin (Arnall Golden Gregory LLP);

b) Edward A. Marshall (Arnall Golden Gregory LLP);

c) Scott H. Angstreich (Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.); and

d) Melanie L. Bostwick (Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.).

[*Signature of Counsel Appears on the Following Page*]

2822187v1

Respectfully submitted this 28th day of March, 2011, by:

>ARNALL GOLDEN GREGORY LLP
>
>/s/ Edward A. Marshall
>Darryl S. Laddin
>Georgia Bar No. 460793
>Edward A. Marshall
>Georgia Bar No. 471533
>
>171 17th Street, N.W.
>Suite 2100
>Atlanta, Georgia 30363
>(404)873-8500 (telephone)
>(404)873-8501 (facsimile)
>
>Of Counsel:
>
>Scott H. Angstreich
>Melanie L. Bostwick
>KELLOGG, HUBER, HANSEN, TODD,
> EVANS & FIGEL, P.L.L.C.
>1615 M Street, N.W.
>Suite 400
>Washington, D.C. 20036
>(202) 326-7900 (telephone)
>(202) 326-7999 (facsimile)
>
>*Pro Hac Vice Application Forthcoming*

2822187v1

## CERTIFICATE OF COMPLIANCE

The undersigned attorney hereby certifies, pursuant to L.R. 7.1, NDGa., that the foregoing CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT was prepared in accordance with L.R. 5.1, NDGa. using Book Antiqua font, 13 point.

<u>/s/ Edward A. Marshall</u>
Edward A. Marshall
Georgia Bar No. 471533

2822187v1

## CERTIFICATE OF SERVICE

A copy of the foregoing CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT was filed with the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

This 28th day of March, 2011.

/s/ Edward A. Marshall
Edward A. Marshall

Georgia Bar No. 471533